Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

ASHTON WOODS HOLDINGS,
LLC, et al

     Plaintiff(s),

   v.

USG CORPORATION, et al

     Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)

Case No:   4:15-cv-01247-HSG

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

  I, _Paul E. Coggins_, an active member in good standing of the bar of the Northern District of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: _PABCO Building Products, LLC_ in the above-entitled action. My local co-counsel in this case is _Judith A. Zahid_, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Locke Lord LLP, 2200 Ross Avenue, Suite 2800 Dallas, TX 75201 | Zelle LLP, 555 12th Street, Suite 1230 Oakland, CA 94607 |
| MY TELEPHONE # OF RECORD: (214) 740-8000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 633-1916 |
| MY EMAIL ADDRESS OF RECORD: pcoggins@lockelord.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: JZahid@zelle.com |

  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _TX 04504700_.

  A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

  *I declare under penalty of perjury that the foregoing is true and correct.*

Dated:   2/12/2021

          /s/ *Paul E. Coggins*
            APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

  IT IS HEREBY ORDERED THAT the application of _Paul E. Coggins_ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  2/12/2021

            Haywood S. Gilliam, Jr.
        UNITED STATES DISTRICT JUDGE *October 2012*

*PRO HAC VICE* APPLICATION & ORDER

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

## CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

### Paul Edward Coggins

Bar Number:                              Date of Admission:

**04504700**                              **10/04/1979**

Witness my official signature and the seal of this court.

Dated: 01/05/2021                         Karen Mitchell,
                                          Clerk of Court

                                      By: s/ B. Hill
                                          Deputy Clerk

