1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6

7 ASHTON WOODS HOLDINGS L.L.C., et al.,          Case No. 15-cv-01247-HSG

8            Plaintiffs,                         **ORDER**

9      v.

10

11 USG CORPORATION, et al.,

           Defendants.

12

13        The Court intends to impose time limits on each party at trial.  Each party is DIRECTED

14 to submit with their pretrial filings (1) the projected duration of the direct examination of each of

15 its witnesses; (2) the anticipated duration of the cross-examination of each of the other party's

16 disclosed witnesses; (3) the total number of hours projected (i.e., the sum of categories (1) and

17 (2)); and (4) the estimated number of hours they expect their case to take (including opening,

18 direct and cross examinations, and closing).  These estimates should be realistic, not padded, and

19 the Court ultimately will independently determine a reasonable hours limit assuming maximum

20 efficiency by the parties in scoping and presenting their cases.

21

22        **IT IS SO ORDERED.**

23 Dated:  3/8/2021

24 _____

25 HAYWOOD S. GILLIAM, JR.
   United States District Judge

26

27

28

United States District Court
Northern District of California