BRS LLP
Keith L. Butler (Cal. Bar No. 215670)
kbutler@brsllp.com
Cindy Reichline (Cal. Bar No. 234947)
creichline@brsllp.com
12100 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone: (818) 292-8616

QUINN EMANUEL URQUHART &
SULLIVAN LLP
Diane Doolittle (Cal. Bar No. 142046)
dianedoolittle@quinnemauel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
*Attorneys for Plaintiffs*

(additional counsel listed on signature page)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ASHTON WOODS HOLDINGS, L.L.C.; BEAZER HOMES HOLDINGS CORP.; CALATLANTIC GROUP, INC.; D.R. HORTON LOS ANGELES HOLDING COMPANY, INC.; HOVNANIAN ENTERPRISES, INC.; KB HOME; MERITAGE HOMES CORPORATION; M/I HOMES, INC.; PULTE HOME CORPORATION; THE DREES COMPANY; TOLL BROTHERS, INC.; TRI POINTE HOMES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> USG CORPORATION; UNITED STATES GYPSUM COMPANY; L&W SUPPLY CORPORATION; NEW NGC, INC.; LAFARGE NORTH AMERICA, INC.; CONTINENTAL BUILDING PRODUCTS, INC.; CERTAINTEED GYPSUM, INC.; AMERICAN GYPSUM COMPANY LLC; TIN, INC., d/b/a TEMPLE-INLAND, INC.; PABCO BUILDING PRODUCTS, LLC., <br><br> Defendants. | CASE NO. 4:15-cv-01247-HSG <br><br> Hon. Haywood S. Gilliam, Jr. <br><br> **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO SHORTEN TIME** |

**ORDER**

Having considered Plaintiffs' Unopposed Motion to Shorten Time for Hearing on Plaintiffs' Motion for Live-Streamed Trial Testimony Pursuant to Fed. R. Civ. P. 43, the Court finds good cause to grant the motion.  Accordingly, Defendants' opposition to Plaintiffs' Motion for Live-Streamed Trial Testimony Pursuant to Fed. R. Civ. P. 43 will be due March 29, 2021.  Plaintiffs' reply will be due April 2, 2021.  The hearing date of June 24, 2021 is **VACATED**.  Upon conclusion of the briefing schedule, the Court will set a hearing date if it determines that a hearing is necessary.

**IT IS SO ORDERED.**

Dated:  3/16/2021

Hon. Haywood S. Gilliam, Jr.
United States District Judge