United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHTON WOODS HOLDINGS L.L.C., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>USG CORPORATION, et al.,<br><br>Defendants. | Case No. 15-cv-01247-HSG<br><br>**ORDER DIRECTING PARTIES TO SUBMIT TRIAL ESTIMATES** |

On March 8, 2021, the Court directed the parties to submit realistic estimates of the following: (1) the projected duration of the direct examination of each of its witnesses; (2) the anticipated duration of the cross-examination of each of the other party's disclosed witnesses; (3) the total number of hours projected (i.e., the sum of categories (1) and (2)); and (4) the estimated number of hours they expect their case to take (including opening, direct and cross examinations, and closing). Dkt. No. 79. The Court previously directed the parties to submit these time estimates along with their pretrial filings. The Court now **DIRECTS** the parties to submit these time estimates by April 8, 2021.

**IT IS SO ORDERED.**

Dated: 3/26/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge