1  QUINN EMANUEL URQUHART &
       SULLIVAN LLP
2  Diane Doolittle (SBN 142046)
   dianedoolittle@quinnemauel.com
3  555 Twin Dolphin Dr., 5th Floor
   Redwood Shores, California 94065
4  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
5
   BRS LLP
6  Keith L. Butler (SBN 215670)
   kbutler@brsllp.com
7  Cindy Reichline (SBN 234947)
   creichline@brsllp.com
8  12100 Wilshire Blvd., Suite 800
   Los Angeles, California 90025
9  Telephone: (818) 292-8616

10 *Attorneys for Plaintiffs*

11 (additional counsel listed on signature page)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| ASHTON WOODS HOLDINGS, L.L.C.; BEAZER HOMES HOLDINGS CORP.; CALATLANTIC GROUP, INC.; D.R. HORTON LOS ANGELES HOLDING COMPANY, INC.; HOVNANIAN ENTERPRISES, INC.; KB HOME; MERITAGE HOMES CORPORATION; M/I HOMES, INC.; PULTE HOME CORPORATION; THE DREES COMPANY; TOLL BROTHERS, INC.; TRI POINTE HOMES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> USG CORPORATION; UNITED STATES GYPSUM COMPANY; L&W SUPPLY CORPORATION; NEW NGC, INC.; LAFARGE NORTH AMERICA, INC.; CONTINENTAL BUILDING PRODUCTS, INC.; CERTAINTEED GYPSUM, INC.; AMERICAN GYPSUM COMPANY LLC; TIN, INC., d/b/a TEMPLE-INLAND, INC.; PABCO BUILDING PRODUCTS, LLC., <br><br> Defendants. | CASE NO. 4:15-cv-01247-HSG <br><br> **JOINT STIPULATION AND ORDER RE:   VARIOUS PRETRIAL MATTERS** |
|---|---|

**STIPULATION AND ORDER**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendants in the above-captioned matter (collectively, the "Parties") file this joint stipulation requesting that the Court issue an order to clarify and/or modify the Parties' pretrial deadlines with respect to the exchange of exhibits as described below.

The Parties accordingly stipulate as follows:

WHEREAS, the Court's Civil Pretrial and Trial Standing Order (the "Standing Order") provides certain deadlines;

WHEREAS, the Parties believe it will be beneficial to exchange electronically-stickered exhibits after exchanging exhibit lists to allow for the orderly and efficient stickering of exhibits so as to, *inter alia*, avoid duplicate exhibits;

WHEREAS, the Parties believe it would assist in planning and the orderly progression of trial preparation to have clarity on the timing and protocol for exchange of demonstratives (e.g., graphics, charts, diagrams, illustrative animations, models, etc.) and summary exhibits governed by Federal Rule of Evidence 1006;

WHEREAS, the Parties believe it would assist in the orderly progression of trial preparation to have additional time to prepare summary exhibits governed by Federal Rule of Evidence 1006 after the parties have met and conferred on the admissibility of underlying exhibits;

NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

- The Parties shall exchange electronically-stickered exhibits on April 12, 2021 (*i.e.*, six days after the exchange of exhibit lists pursuant to the Court's Standing Order).
- Demonstratives (e.g., graphics, charts, diagrams, illustrative animations, models, etc.) and summary exhibits governed by Federal Rule of Evidence 1006 (summaries, charts, or calculations used to prove the content of voluminous writings, records, or photographs that cannot be conveniently examined in court) need not be disclosed with evidentiary exhibits pursuant to paragraph 3 of the Court's Standing Order.
- Instead, the Parties shall exchange Rule 1006 summary exhibits no later than May 3, 2021, and the Parties shall raise any objections to Rule 1006 summary exhibits no later

|   |   |
|---|---|
| 1 | than May 11, 2021.  The Parties shall exchange demonstratives at trial pursuant to a |
| 2 | protocol to be agreed upon by the Parties before the pre-trial conference on May 4, |
| 3 | 2021. |
| 4 | **IT IS SO STIPULATED.** |

DATED:  March 30, 2021                         Respectfully submitted,

                                /s/ Adam B. Wolfson            [*]

QUINN EMANUEL URQUHART & SULLIVAN LLP
Diane Doolittle (SBN 142046)
dianedoolittle@quinnemauel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Bruce Van Dalsem (SBN 124128)
brucevandalsem@quinnemanuel.com
Kevin Y. Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
Adam B. Wolfson (SBN 262125)
adamwolfson@quinnemanuel.com
865 S. Figueroa, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

BRS LLP
Keith L. Butler (SBN 215670)
kbutler@brsllp.com
Cindy Reichline (SBN 234947)
creichline@brsllp.com
12100 Wilshire Blvd., Suite 800
Los Angeles, California 90025
Telephone: (818) 292-8616

*Attorneys for Plaintiffs*

---

[*] <u>Attestation</u>:  I, Adam B. Wolfson, hereby attest that I have obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the signature blocks of this stipulation and the attached declaration.

| | |
|---|---|
| /s/ Judith A. Zahid | **LAFAYETTE & KUMAGAI LLP**<br>Gary T. Lafayette (SBN 088666)<br>glafayette@lkclaw.com<br>1300 Clay Street, Suite 810<br>Oakland, CA 94612<br>Telephone: (415) 357-4600<br>Facsimile: (415) 357-4605 |
| **ZELLE LLP**<br>Judith A. Zahid (SBN 215418)<br>jzahid@zelle.com<br>Eric W. Buetzow (SBN 253803)<br>ebuetzow@zelle.com<br>555 12th Street, Suite 1230<br>Oakland, CA 94607<br>Tel: (415) 693-0700<br>Fax: (415) 693-0770 | |
| | **BARTLIT BECK LLP**<br>Philip S. Beck (*pro hac vice*)<br>philip.beck@bartlitbeck.com<br>Rebecca Weinstein Bacon (*pro hac vice*)<br>rweinstein.bacon@bartlitbeck.com<br>Joshua P. Ackerman (*pro hac vice*)<br>joshua.ackerman@bartlitbeck.com<br>Tulsi E. Gaonkar (*pro hac vice pending*)<br>tulsi.gaonkar@bartlitbeck.com<br>54 West Hubbard Street, Suite 300<br>Chicago, IL 60654<br>Telephone: (312) 494-4400<br>Facsimile: (312) 494-4440 |
| **LOCKE LORD LLP**<br>Bradley C. Weber (*pro hac vice*)<br>bweber@lockelord.com<br>Paul E. Coggins (*pro hac vice*)<br>pcoggins@lockelord.com<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201<br>Tel: (214) 740-8497<br>Fax: (214) 740-8800 | |
| Susan A. Kidwell (SBN 309180)<br>skidwell@lockelord.com<br>300 S. Grand Ave., Suite 2600<br>Los Angeles, CA 90071<br>Tel: (213) 687-6792<br>Fax: (213) 341-6792 | Lester C. Houtz (*pro hac vice*)<br>lester.houtz@bartlitbeck.com<br>Sundeep K. Addy (*pro hac vice*)<br>rob.addy@bartlitbeck.com<br>1801 Wewatta Street, Suite 1200<br>Denver, CO 80202<br>Telephone: (303) 592-3100<br>Facsimile: (303) 592-3140 |
| *Counsel for Defendant PABCO Building Products, LLC* | *Counsel for Defendant L&W Supply Corporation* |

**PURSUANT TO THE PARTIES' STIPULATION,**

**IT IS SO ORDERED.**

Date: 3/31/2021

Hon. Haywood S. Gilliam, Jr.
United States District Judge