Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ashton Woods Holdings, L.L.C. et al., <br><br> Plaintiff(s), <br><br> v. <br><br> USG Corporation, et al., <br><br> Defendant(s). | Case No: 4:15-cv-01247-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** ; ORDER <br> (CIVIL LOCAL RULE 11-3) |

I, Brian Boyle, an active member in good standing of the bar of New Jersey & Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Intervenors American Gypsum Co. et al. in the above-entitled action. My local co-counsel in this case is Michelle Lowery, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| McDermott Will & Emery LLP <br> 500 North Capitol St. NW <br> Washington, D.C. 20001-1531 | McDermott Will & Emery LLP <br> 2049 Century Park East, Suite 3200 <br> Los Angeles, CA 90067-3206 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 756-8756 | (310) 277-4110 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| bboyle@mwe.com | mslowery@mwe.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 077422013.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 03/31/21

Brian Boyle
APPLICANT

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Brian Boyle is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/1/2021

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT JUDGE

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **Brian Joseph Boyle** (No. **077422013**) was constituted and appointed an Attorney at Law of New Jersey on **November 5, 2013** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **26th** day of **June**, 20**20**.

*Heather J. Baker*
Clerk of the Supreme Court

-453a-



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Brian Joseph Boyle, Esq.

#### DATE OF ADMISSION

*October 25, 2013*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  June 8, 2020

*Amy Dreibelbis*
Amy Dreibelbis, Esq.
Deputy Prothonotary