QUINN EMANUEL URQUHART &
   SULLIVAN LLP
Diane Doolittle (SBN 142046)
dianedoolittle@quinnemauel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

BRS LLP
Keith L. Butler (SBN 215670)
kbutler@brsllp.com
Cindy Reichline (SBN 234947)
creichline@brsllp.com
12100 Wilshire Blvd., Suite 800
Los Angeles, California 90025
Telephone: (818) 292-8616
*Attorneys for Plaintiffs*

(additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ASHTON WOODS HOLDINGS, L.L.C.; BEAZER HOMES HOLDINGS CORP.; CALATLANTIC GROUP, INC.; D.R. HORTON LOS ANGELES HOLDING COMPANY, INC.; HOVNANIAN ENTERPRISES, INC.; KB HOME; MERITAGE HOMES CORPORATION; M/I HOMES, INC.; PULTE HOME CORPORATION; THE DREES COMPANY; TOLL BROTHERS, INC.; TRI POINTE HOMES, INC., <br><br>            Plaintiffs, <br><br>*v.* <br><br>USG CORPORATION; UNITED STATES GYPSUM COMPANY; L&W SUPPLY CORPORATION; NEW NGC, INC.; LAFARGE NORTH AMERICA, INC.; CONTINENTAL | Case No. 4:15-cv-01247-HSG <br><br>Hon. Haywood S. Gilliam, Jr. <br><br>**PLAINTIFFS' AND L&W'S STIPULATION REGARDING SETTLEMENT AND ORDER** |

1  BUILDING PRODUCTS, INC.;
   CERTAINTEED GYPSUM, INC.;
2  AMERICAN GYPSUM COMPANY
   LLC; TIN, INC., d/b/a TEMPLE-
3  INLAND, INC.; PABCO BUILDING
   PRODUCTS, LLC.,
4
5             Defendants.

# STIPULATION

Plaintiffs Ashton Woods Holdings, L.L.C., Beazer Homes Holdings Corp., CalAtlantic Group, Inc., D.R. Horton Los Angeles Holding Company, Inc., Hovnanian Enterprises, Inc., KB Home, Meritage Homes Corporation, M/I Homes, Inc., Pulte Home Corporation, The Drees Company, Toll Brothers, Inc., and TRI Pointe Homes, Inc. (collectively, "Plaintiffs") and Defendant L&W Supply Corporation ("L&W") stipulate as follows:

WHEREAS, on April 2, 2021, Plaintiffs and L&W signed a binding term sheet setting forth an agreement to settle all matters in controversy between the parties;

WHEREAS, trial in this matter is set to begin on May 24, 2021, and there are a number of upcoming pretrial deadlines, including the exchange of trial exhibits on April 6, 2021;

WHEREAS, Plaintiffs expect to file dismissal papers regarding their claims against L&W with the Court by April 10, 2021;

NOW, THEREFORE, Plaintiffs and L&W hereby stipulate and agree to the following:

- All pretrial deadlines as to L&W shall be suspended until no later than April 9, 2021;
- This stipulation does not modify or affect the deadlines as to Plaintiffs and Defendant PABCO Building Products LLC.

**IT IS SO STIPULATED**

DATED:   April 2, 2021                              Respectfully submitted,

By: */s/ Kevin Y. Teruya*[1]
*Attorneys for Plaintiffs*

---

[1] Attestation: I, Kevin Y. Teruya, hereby attest that I have obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the signature blocks of this stipulation.

|   |   |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 2 | Diane Doolittle (Cal. Bar No. 142046) |
|   | dianedoolittle@quinnemauel.com |
| 3 | 555 Twin Dolphin Dr., 5th Floor |
| 4 | Redwood Shores, California 94065 |
|   | Telephone: (650) 801-5000 |
| 5 | Facsimile: (650) 801-5100 |

Bruce Van Dalsem (Cal. Bar No. 124128)
brucevandalsem@quinnemanuel.com
Kevin Y. Teruya (Cal. Bar No. 235916)
kevinteruya@quinnemanuel.com
Adam B. Wolfson ( Cal. Bar No. 262125)
adamwolfson@quinnemanuel.com
865 S. Figueroa, 10th Floor
Los Angeles, CA 900017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

BRS LLP
Keith L. Butler (Cal. Bar No. 215670)
kbutler@brsllp.com
Cindy Reichline (Cal. Bar No. 234947)
creichline@brsllp.com
12100 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone: (818) 292-8616


By:/s/ Gary T. Lafayette

**LAFAYETTE & KUMAGAI LLP**
Gary T. Lafayette (SBN 088666)
glafayette@lkclaw.com
1300 Clay Street, Suite 810
Oakland, CA 94612
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

**BARTLIT BECK LLP**
Philip S. Beck (*pro hac vice*)
philip.beck@bartlitbeck.com
Rebecca Weinstein Bacon (*pro hac vice*)
rweinstein.bacon@bartlitbeck.com
Joshua P. Ackerman (*pro hac vice*)
joshua.ackerman@bartlitbeck.com
Tulsi E. Gaonkar (*pro hac vice*)

-2-
PLAINTIFFS' AND L&W'S STIPULATION REGARDING SETTLEMENT
CASE NO. 4:15-CV-01247-HSG

tulsi.gaonkar@bartlitbeck.com
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
Facsimile: (312) 494-4440

Lester C. Houtz (*pro hac vice*)
lester.houtz@bartlitbeck.com
Sundeep K. Addy (*pro hac vice*)
rob.addy@bartlitbeck.com
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140

*Counsel for Defendant L&W Supply Corporation*

## ORDER

Pursuant to the parties' stipulation, it is so **ORDERED**.

Date: 4/5/2021

*[signature]*

Hon. Haywood S. Gilliam, Jr.

United States District Judge