**QUINN EMANUEL URQUHART & SULLIVAN LLP**
Diane Doolittle (Cal. Bar No. 142046)
dianedoolittle@quinnemauel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Plaintiffs*

(additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ASHTON WOODS HOLDINGS, L.L.C.; BEAZER HOMES HOLDINGS CORP.; CALATLANTIC GROUP, INC.; D.R. HORTON LOS ANGELES HOLDING COMPANY, INC.; HOVNANIAN ENTERPRISES, INC.; KB HOME; MERITAGE HOMES CORPORATION; M/I HOMES, INC.; PULTE HOME CORPORATION; THE DREES COMPANY; TOLL BROTHERS, INC.; TRI POINTE HOMES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> USG CORPORATION; UNITED STATES GYPSUM COMPANY; L&W SUPPLY CORPORATION; NEW NGC, INC.; LAFARGE NORTH AMERICA, INC.; CONTINENTAL BUILDING PRODUCTS, INC.; CERTAINTEED GYPSUM, INC.; AMERICAN GYPSUM COMPANY LLC; TIN, INC., d/b/a TEMPLE-INLAND, INC.; PABCO BUILDING PRODUCTS, LLC., <br><br> Defendants. | CASE NO. 4:15-cv-01247-HSG <br><br> Hon. Haywood S. Gilliam, Jr. <br><br> **PLAINTIFFS' AND L&W'S STIPULATION REGARDING AUTHENTICITY AND ORDER** |

# STIPULATION

Plaintiffs Ashton Woods Holdings, L.L.C., Beazer Homes Holdings Corp., CalAtlantic Group, Inc., D.R. Horton Los Angeles Holding Company, Inc., Hovnanian Enterprises, Inc., KB Home, Meritage Homes Corporation, M/I Homes, Inc., Pulte Home Corporation, The Drees Company, Toll Brothers, Inc., and TRI Pointe Homes, Inc. (collectively, "Plaintiffs") and Defendant L&W Supply Corporation ("L&W") stipulate as follows:

WHEREAS, on April 2, 2021, Plaintiffs and L&W signed a binding term sheet setting forth an agreement to settle all matters in controversy between the parties;

WHEREAS, Plaintiffs continue to litigate their claims against Defendant PABCO Building Products, LLC, and trial in this matter is set to begin on May 24, 2021;

WHEREAS, Plaintiffs may wish to use certain documents produced by USG and/or L&W at trial;

NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

- Documents produced in this case by USG Corp., United States Gypsum Company, and L&W Supply Corporation (collectively, the "USG Entities") are true and correct copies of documents found in the USG Entities' business files.

**IT IS SO STIPULATED**

DATED:  April 8, 2021                                  Respectfully submitted,

*/s/ Gary T. Lafayette*                                */s/ Kevin Y. Teruya*

| | |
|---|---|
| **LAFAYETTE & KUMAGAI LLP** | **QUINN EMANUEL URQUHART & SULLIVAN LLP** |
| Gary T. Lafayette (SBN 088666) | Diane Doolittle (Cal. Bar No. 142046) |
| glafayette@lkclaw.com | dianedoolittle@quinnemauel.com |
| 1300 Clay Street, Suite 810 | 555 Twin Dolphin Dr., 5th Floor |
| Oakland, CA 94612 | Redwood Shores, California 94065 |
| Telephone: (415) 357-4600 | Telephone: (650) 801-5000 |
| Facsimile: (415) 357-4605 | Facsimile: (650) 801-5100 |

| | | |
|---|---|---|
| 1 | **BARTLIT BECK LLP** | Bruce Van Dalsem (Cal. Bar No. 124128) |
| | Philip S. Beck (*pro hac vice*) | brucevandalsem@quinnemanuel.com |
| 2 | philip.beck@bartlitbeck.com | Kevin Y. Teruya (Cal. Bar No. 235916) |
| | Rebecca Weinstein Bacon (*pro hac vice*) | kevinteruya@quinnemanuel.com |
| 3 | rweinstein.bacon@bartlitbeck.com | Adam B. Wolfson ( Cal. Bar No. 262125) |
| 4 | Joshua P. Ackerman (*pro hac vice*) | adamwolfson@quinnemanuel.com |
| | | 865 S. Figueroa, 10th Floor |
| 5 | joshua.ackerman@bartlitbeck.com | Los Angeles, CA 900017 |
| | Tulsi E. Gaonkar (*pro hac vice*) | Telephone: (213) 443-3000 |
| 6 | tulsi.gaonkar@bartlitbeck.com | Facsimile: (213) 443-3100 |
| 7 | 54 West Hubbard Street, Suite 300 | **BRS LLP** |
| | Chicago, IL 60654 | Keith L. Butler (Cal. Bar No. 215670) |
| 8 | Telephone: (312) 494-4400 | kbutler@brsllp.com |
| | Facsimile: (312) 494-4440 | Cindy Reichline (Cal. Bar No. 234947) |
| 9 | | creichline@brsllp.com |
| | Lester C. Houtz (*pro hac vice*) | 12100 Wilshire Blvd., Suite 800 |
| 10 | lester.houtz@bartlitbeck.com | Los Angeles, CA 90025 |
| | Sundeep K. Addy (*pro hac vice*) | Telephone: (818) 292-8616 |
| 11 | rob.addy@bartlitbeck.com | |
| | 1801 Wewatta Street, Suite 1200 | *Attorneys for Plaintiffs* |
| 12 | Denver, CO 80202 | |
| | Telephone: (303) 592-3100 | |
| 13 | Facsimile: (303) 592-3140 | |
| 14 | *Counsel for Defendant L&W Supply Corporation* | |

-2-

**PLAINTIFFS' AND L&W'S STIPULATION REGARDING AUTHENTICITY**
**CASE NO. 4:15-CV-01247-HSG**

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the parties' stipulation, it is so **ORDERED**. Documents |
| 3 | produced in this case by USG Corp., United States Gypsum Company, and L&W |
| 4 | Supply Corporation (collectively, the "USG Entities") are true and correct copies of |
| 5 | documents found in the USG Entities' business files. |
| 6 | |
| 7 | Date: 4/9/2021 |
| 8 | Hon. Haywood S. Gilliam, Jr. |
| 9 | United States District Judge |