**QUINN EMANUEL URQUHART & SULLIVAN LLP**
Diane Doolittle (Cal. Bar No. 142046)
dianedoolittle@quinnemauel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Plaintiffs*

(additional counsel listed on signature page)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ASHTON WOODS HOLDINGS, L.L.C.; BEAZER HOMES HOLDINGS CORP.; CALATLANTIC GROUP, INC.; D.R. HORTON LOS ANGELES HOLDING COMPANY, INC.; HOVNANIAN ENTERPRISES, INC.; KB HOME; MERITAGE HOMES CORPORATION; M/I HOMES, INC.; PULTE HOME CORPORATION; THE DREES COMPANY; TOLL BROTHERS, INC.; TRI POINTE HOMES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> USG CORPORATION; UNITED STATES GYPSUM COMPANY; L&W SUPPLY CORPORATION; NEW NGC, INC.; LAFARGE NORTH AMERICA, INC.; CONTINENTAL BUILDING PRODUCTS, INC.; CERTAINTEED GYPSUM, INC.; AMERICAN GYPSUM COMPANY LLC; TIN, INC., d/b/a TEMPLE-INLAND, INC.; PABCO BUILDING PRODUCTS, LLC., <br><br> Defendants. | CASE NO. 4:15-cv-01247-HSG <br><br> Hon. Haywood S. Gilliam, Jr. <br><br> **PLAINTIFFS' AND L&W'S STIPULATION OF DISMISSAL AND ORDER** |

|   |   |
|---|---|
| 1 | **STIPULATION** |
| 2 | Plaintiffs Ashton Woods Holdings, L.L.C., Beazer Homes Holdings Corp., |
| 3 | CalAtlantic Group, Inc., D.R. Horton Los Angeles Holding Company, Inc., |
| 4 | Hovnanian Enterprises, Inc., KB Home, Meritage Homes Corporation, M/I Homes, |
| 5 | Inc., Pulte Home Corporation, The Drees Company, Toll Brothers, Inc., and TRI |
| 6 | Pointe Homes, Inc. (collectively, "Plaintiffs") and Defendant L&W Supply |
| 7 | Corporation ("L&W") stipulate as follows: |
| 8 | WHEREAS, on April 2, 2021, Plaintiffs and L&W signed a binding term |
| 9 | sheet setting forth an agreement to settle all matters in controversy between the |
| 10 | parties; |
| 11 | NOW, THEREFORE, the Parties hereby stipulate and agree to the following: |
| 12 | • Plaintiffs hereby dismiss all claims against USG Corp., United States |
| 13 | Gypsum Company, and L&W Supply Corporation with prejudice. Fed. R. Civ. |
| 14 | P. 41(a). Each shall bear their own costs, expenses, and attorneys' fees. |
| 15 | **IT IS SO STIPULATED** |

DATED:  April 8, 2021          Respectfully submitted,

*/s/ Gary T. Lafayette*                */s/ Kevin Y. Teruya*

**LAFAYETTE & KUMAGAI LLP**           **QUINN EMANUEL URQUHART & SULLIVAN LLP**
Gary T. Lafayette (SBN 088666)        Diane Doolittle (Cal. Bar No. 142046)
glafayette@lkclaw.com                 dianedoolittle@quinnemauel.com
1300 Clay Street, Suite 810           555 Twin Dolphin Dr., 5th Floor
Oakland, CA 94612                     Redwood Shores, California 94065
Telephone: (415) 357-4600             Telephone: (650) 801-5000
Facsimile: (415) 357-4605             Facsimile: (650) 801-5100

                                      Bruce Van Dalsem (Cal. Bar No. 124128)
                                      brucevandalsem@quinnemanuel.com
                                      Kevin Y. Teruya (Cal. Bar No. 235916)
                                      kevinteruya@quinnemanuel.com
                                      Adam B. Wolfson ( Cal. Bar No. 262125)
                                      adamwolfson@quinnemanuel.com
                                      865 S. Figueroa, 10th Floor
                                      Los Angeles, CA 900017
                                      Telephone: (213) 443-3000
                                      Facsimile: (213) 443-3100

| | | |
|---|---|---|
| 1 | **BARTLIT BECK LLP** | **BRS LLP** |
| | Philip S. Beck (*pro hac vice*) | Keith L. Butler (Cal. Bar No. 215670) |
| 2 | philip.beck@bartlitbeck.com | kbutler@brsllp.com |
| | Rebecca Weinstein Bacon (*pro hac vice*) | Cindy Reichline (Cal. Bar No. 234947) |
| 3 | | creichline@brsllp.com |
| | rweinstein.bacon@bartlitbeck.com | 12100 Wilshire Blvd., Suite 800 |
| 4 | Joshua P. Ackerman (*pro hac vice*) | Los Angeles, CA 90025 |
| | | Telephone: (818) 292-8616 |
| 5 | joshua.ackerman@bartlitbeck.com | |
| | Tulsi E. Gaonkar (*pro hac vice*) | *Attorneys for Plaintiffs* |
| 6 | tulsi.gaonkar@bartlitbeck.com | |
| | 54 West Hubbard Street, Suite 300 | |
| 7 | Chicago, IL 60654 | |
| 8 | Telephone: (312) 494-4400 | |
| | Facsimile: (312) 494-4440 | |
| 9 | | |
| | Lester C. Houtz (*pro hac vice*) | |
| 10 | lester.houtz@bartlitbeck.com | |
| | Sundeep K. Addy (*pro hac vice*) | |
| 11 | rob.addy@bartlitbeck.com | |
| | 1801 Wewatta Street, Suite 1200 | |
| 12 | Denver, CO 80202 | |
| | Telephone: (303) 592-3100 | |
| 13 | Facsimile: (303) 592-3140 | |
| 14 | *Counsel for Defendant L&W Supply Corporation* | |

-2-
**PLAINTIFFS' AND L&W'S STIPULATION OF DISMISSAL**
**CASE NO. 4:15-CV-01247-HSG**

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the parties' stipulation, it is so **ORDERED**. All claims against |
| 3 | USG Corp., United States Gypsum Company, and L&W Supply Corporation are |
| 4 | **DISMISSED** with prejudice. Each shall bear its own costs, expenses, and attorneys' |
| 5 | fees. |

Date: 4/9/2021

*Haywood S. Gilliam, Jr.*

Hon. Haywood S. Gilliam, Jr.

United States District Judge