**QUINN EMANUEL URQUHART & SULLIVAN LLP**
Diane Doolittle (Cal. Bar No. 142046)
dianedoolittle@quinnemauel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Plaintiffs*

(additional counsel listed on signature page)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ASHTON WOODS HOLDINGS, L.L.C.; BEAZER HOMES HOLDINGS CORP.; CALATLANTIC GROUP, INC.; D.R. HORTON LOS ANGELES HOLDING COMPANY, INC.; HOVNANIAN ENTERPRISES, INC.; KB HOME; MERITAGE HOMES CORPORATION; M/I HOMES, INC.; PULTE HOME CORPORATION; THE DREES COMPANY; TOLL BROTHERS, INC.; TRI POINTE HOMES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> USG CORPORATION; UNITED STATES GYPSUM COMPANY; L&W SUPPLY CORPORATION; NEW NGC, INC.; LAFARGE NORTH AMERICA, INC.; CONTINENTAL BUILDING PRODUCTS, INC.; CERTAINTEED GYPSUM, INC.; AMERICAN GYPSUM COMPANY LLC; TIN, INC., d/b/a TEMPLE-INLAND, INC.; PABCO BUILDING PRODUCTS, LLC., <br><br> Defendants. | CASE NO. 4:15-cv-01247-HSG <br><br> Hon. Haywood S. Gilliam, Jr. <br><br> **PLAINTIFFS AND PABCO'S STIPULATION OF DISMISSAL AND ORDER** |

1   **STIPULATION**

2   Plaintiffs Ashton Woods Holdings, L.L.C., Beazer Homes Holdings Corp., CalAtlantic

3   Group, Inc., D.R. Horton Los Angeles Holding Company, Inc., Hovnanian Enterprises, Inc., KB

4   Home, Meritage Homes Corporation, M/I Homes, Inc., Pulte Home Corporation, The Drees

5   Company, Toll Brothers, Inc., and TRI Pointe Homes, Inc. (collectively, "Plaintiffs") and

6   Defendant PABCO Building Products, LLC ("PABCO") stipulate as follows:

7   WHEREAS, on April 12, 2021, Plaintiffs and PABCO signed a binding term sheet

8   setting forth an agreement to settle all matters in controversy between the parties;

9   NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

10  - Plaintiffs hereby dismiss all claims against PABCO with prejudice. Fed. R. Civ.

11  P. 41(a). Each shall bear their own costs, expenses, and attorneys' fees.

12  **IT IS SO STIPULATED**

13  DATED: April 16, 2021                              Respectfully submitted,
    /s/ Bradley C. Weber                               /s/ Kevin Y. Teruya
14  **ZELLE LLP**                                      **QUINN EMANUEL URQUHART &**
15  Judith A. Zahid (SBN 215418)                       **SULLIVAN LLP**
    jzahid@zelle.com                                   Diane Doolittle (Cal. Bar No. 142046)
16  Eric W. Buetzow (SBN 253803)                       dianedoolittle@quinnemauel.com
    ebuetzow@zelle.com                                 555 Twin Dolphin Dr., 5th Floor
17  555 12th Street, Suite 1230                        Redwood Shores, California 94065
18  Oakland, CA 94607                                  Telephone: (650) 801-5000
    Telephone: (415) 693-0700                          Facsimile: (650) 801-5100
19  Facsimile: (415) 693-0770
                                                       Bruce Van Dalsem (Cal. Bar No. 124128)
20  **LOCKE LORD LLP**                                 brucevandalsem@quinnemanuel.com
21  Bradley C. Weber (*pro hac vice*)                  Kevin Y. Teruya (Cal. Bar No. 235916)
    bweber@lockelord.com                               kevinteruya@quinnemanuel.com
22  Paul E. Coggins (*pro hac vice*)                   Adam B. Wolfson ( Cal. Bar No. 262125)
    pcoggins@lockelord.com                             adamwolfson@quinnemanuel.com
23  2200 Ross Avenue, Suite 2800                       865 S. Figueroa, 10th Floor
    Dallas, TX 75201                                   Los Angeles, CA 900017
24  Telephone: (214) 740-8497                          Telephone: (213) 443-3000
25  Facsimile: (214) 740-8800                          Facsimile: (213) 443-3100

26

27

28

| | |
|---|---|
| Susan A. Kidwell (SBN 309180) | **BRS LLP** |
| skidwell@lockelord.com | Keith L. Butler (Cal. Bar No. 215670) |
| 300 S. Grand Ave., Suite 2600 | kbutler@brsllp.com |
| Los Angeles, CA 90071 | Cindy Reichline (Cal. Bar No. 234947) |
| Telephone: (213) 687-6792 | creichline@brsllp.com |
| Facsimile:  (213) 341-6792 | 12100 Wilshire Blvd., Suite 800 |
| *Attorneys for Defendant PABCO* | Los Angeles, CA 90025 |
| | Telephone: (818) 292-8616 |
| | *Attorneys for Plaintiffs* |

### ATTESTATION OF KEVIN Y. TERUYA

This document is being filed through the Electronic Case Filing (ECF) system by attorney Kevin Y. Teruya.  By his signature, Mr. Teruya attests that he has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

By  */s/   Kevin Y. Teruya*
       Kevin Y. Teruya

### CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of April 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, causing the document to be served on all attorneys of record in this case.

By  */s/   Kevin Y. Teruya*
       Kevin Y. Teruya

**ORDER**

Pursuant to the parties' stipulation, it is so **ORDERED**. All claims against PABCO Building Products, LLC are **DISMISSED** with prejudice. Each shall bear its own costs, expenses, and attorneys' fees.

Date: 4/19/2021

*/s/ Haywood S. Gilliam, Jr.*

Hon. Haywood S. Gilliam, Jr.
United States District Judge